**IT IS ORDERED as set forth below:**



Date: February 29, 2016

_____
**Wendy L. Hagenau**
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| CELESTINE JOYCE LITTLE-JACKSON , | : |
| JAMES HERSHEL JACKSON, JR, | : CASE NO 11-84152-WLH |
| Debtors. | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| WESTVUE NPL TRUST II C/O FCI | : |
| LENDER SERVICES, | : |
| | : |
| Movant, | : CONTESTED MATTER |
| v. | : |
| | : |
| CELESTINE JOYCE LITTLE-JACKSON , | : |
| JAMES HERSHEL JACKSON, JR, | : |
| NANCY J. WHALEY, Trustee, | : |
| Respondents. | : |
| | : |

**CONSENT ORDER ON MOTION FOR RELIEF
FROM AUTOMATIC STAY**

WestVue NPL Trust II c/o FCI Lender Services, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") October 29, 2015, which was set for hearing on **January 27, 2016** (the "Hearing"). Movant seeks relief as to Debtors` real property

located in Henry County, Georgia, now or formerly known as 308 Ashborough Pl, Stockbridge, GA 30281 (the "Property"), as more particularly described in Exhibit "B" attached to the Motion.  Movant asserts that the Motion was properly served and hearing properly noticed.  The parties reached an agreement as follows:

After receipt of instantor payment (deducted below if applicable), Movant asserts that it is owed postpetition mortgage arrearages totaling $6,034.48.  This figure includes the following:

| Description | FROM | TO | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Missed Payment Group 2 | 12/01/2014 | 01/01/2016 | 14 | $1,078.13 | $15,093.82 |
| Bankruptcy Fees and Costs | | | 1 | $1,026.00 | $1,026.00 |
| Suspense Balance Credit | | | 1 | $-85.34 | $-85.34 |
| Minus Instantor Payment due on: 02/01/2016 | | | 1 | $-10,000.00 | $-10,000.00 |

Debtors will be required to cure the arrearage of $6,034.48 by making payments to Movant in the amount of $670.50 for the next nine (9) consecutive months, to be tendered in addition to the regular monthly mortgage payments on or before the 15th day of each month beginning in February, 2016.

Beginning on **February 1, 2016**, Debtors shall pay Movant all future monthly mortgage payments when due.  These payments as well as the cure payments shall be sent by check, money order, or certified funds to:

> FCI Lender Services, Inc.
> 8180 E. Kaiser Blvd.,
> Anaheim, CA 92808

Accordingly, by consent, it is hereby

**ORDERED** that:

The ongoing mortgage payments and the payments necessary to cure the post-petition mortgage arrearage shall be governed by Strict Compliance provisions (identified below as the "Delinquency Motion" procedure).

Upon delinquency by Debtors in the payment of any sum specified herein for a period of nine (9) months beginning in February, 2016, Movant may be permitted to recover and dispose of the Property pursuant to applicable state law only after submitting a Delinquency Motion (as more particularly described below) in the following manner:

(A)   Counsel for Movant shall serve the Trustee, Debtors, and Debtors` counsel of record with written notice of the specific facts of the delinquency (the "**Delinquency Notice**"); said notice may be contained in a letter but shall

> (1)   state that Debtors may cure the delinquency within ten (10) calendar days of receipt of said notice, and
>
> (2)   provide the correct street address for mailing or delivering such payment; Pursuant to this Order, Debtors shall be presumed to have received the Delinquency Notice on the fifth (5th) calendar day following the mailing of said notice by Counsel for Movant; provided, however, that

(a) the Delinquency Notice is properly addressed to Debtors at the address set forth on the Distribution List attached to this Order pursuant to BLR 9013-3 NDGa, unless Movant or Counsel for Movant receives notice in writing of a change in Debtors` address within a reasonable time prior to mailing of the Delinquency Notice; and

(b) the Delinquency Notice is not returned to Counsel for Movant by the U.S. Postal Service as undeliverable by reason of improper address.

(B) If Debtors fail to cure the delinquency within ten (10) days of receipt of said written notice, Counsel for Movant may file, after service on both Debtors and Debtors` counsel:

(1) **a motion,** which must contain allegations of the specific facts of the delinquency; provided, however, that, instead of alleging the facts of the delinquency in the motion (the averments of which are subject to Rule 9011), the motion may be accompanied by an affidavit **from Movant**[1] setting forth the specific facts of the delinquency;

(2) a copy of the **Delinquency Notice**; and

(3) **a proposed order** (the motion, affidavit, copy of the Delinquency Notice and the proposed order are herein collectively referred to as the "**Delinquency Motion**").

Upon filing of said Delinquency Motion, the Court may enter an order modifying the automatic stay without further notice or hearing.

---

[1] However, where the Delinquency Notice states that the delinquency may be cured by payment to Movant's attorney, Movant will not have personal knowledge sufficient to support an allegation that Debtor failed to cure the delinquency.

Upon entry of an order modifying the automatic stay, the Chapter 13 Trustee shall cease funding the Movant's claim. Upon completion of any foreclosure sale by Movant, all proceeds exceeding Movant's lawful debt shall be remitted promptly to the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor


Consented to by:

/s/ Jason T. Braswell, Esq.
Jason T. Braswell, Esq.
GA State Bar No. 078373
Morgan & Morgan
1090-C Founders Boulevard
Athens, GA 30606
706-548-7070
jason@morganlawyers.com
Attorney for Debtors

No Opposition to by:

/s/ Ryan Williams
Ryan Williams
GA State Bar No. 377941
Attorney for Nancy J. Whaley,
Standing Chapter 13 Trustee
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303
(678) 992-1201
rwilliams@njwtrustee.com

DISTRIBUTION LIST

Celestine Joyce Little-Jackson
308 Ashborough Place
Stockbridge, GA 30281

James Hershel Jackson, Jr
308 Ashborough Place
Stockbridge, GA 30281

Jason T. Braswell, Esq.
Morgan & Morgan
1090-C Founders Boulevard
Athens, GA 30606

Nancy J. Whaley, Trustee
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092